**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02116-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

BILL GUINN,

      Plaintiff/Petitioner,

v.

FARMERS INSURANCE COMPANY (Farmers Insurance Group),
ALL UNKNOWN FARMERS INSURANCE COMPANY ASSOCIATES
    AND AGENTS WHO ARE ACTIONABLE PARTIES WITH
    PLAINTIFF'S CLAIMS,

      Defendants/Respondents.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, Bill Guinn, currently resides in Denver, Colorado.  Plaintiff has submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)    ____    is not submitted
(2)    _X_    is not on proper form (must use the Court's current form)
(3)    ____    is missing original signature by Plaintiff
(4)    ____    is missing affidavit
(5)    ____    affidavit is incomplete
(6)    ____    affidavit is not properly notarized
(7)    ____    names in caption do not match names in caption of complaint, petition or application
(8)    ____    other:  form must be notarized or certified pursuant to 28 U.S.C. § 1746.

**Complaint or Petition**:

(9)  __   is not submitted
(10) _X_  is not on proper form (must use the court's current form)
(11) __   is missing an original signature by the Plaintiff
(12) __   is incomplete
(13) __   uses et al. instead of listing all parties in caption
(14) __   names in caption do not match names in text
(15) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __   other:.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a Complaint and a 28 U.S.C. § 1915 Motion and Affidavit, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED August 8, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge